**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Augustus Anthony SIMMONS, Petitioner**

No. 226 MAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Bruce FRAZIER, Petitioner**

v.

No. 53 EM 2017

Supreme Court of Pennsylvania.

July 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of July, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (noting that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

**COM. EX REL. Marvin CRUMP, Petitioner**

v.

**President Judge Sheila WOODS–SKIPPER, Court of Common Pleas, Philadelphia County, Respondent**

No. 70 EM 2017

Supreme Court of Pennsylvania.

July 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.